1  JONES DAY
   SHAWN HANSON #109321
2  KATHERINE S. RITCHEY #178409
   JORDAN CUNNINGHAM #235174
3  555 California Street
   26th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 626-3939
5  Facsimile:  (415) 875-5700

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
7
   CARR, MCCLELLAN, INGERSOLL, THOMPSON
8  & HALE
   GEORGE WAILES
9  LORI LUTZKER
   216 Park Road
10 P.O. Box 513
   Burlingame, CA 94011-0513
11

12 Attorneys for Plaintiff
   MARY ELIZABETH DOHERTY
13

   IT IS SO ORDERED
   Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARY ELIZABETH DOHERTY, | CASE NO. C 04-02462 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING ON MOTION(S) FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE |
| vs. | |
| STANDARD INSURANCE COMPANY, et al. | |
| Defendants. | |
| STANDARD INSURANCE COMPANY, an Oregon corporation, | |
| Third Party Claimant, | |
| vs. | |
| SCHOOLPOP, INC., a Delaware corporation, | |
| Third Party Defendant. | |

SFI-525811v1

Stipulated Request To Move Summary
Judgment Hearing and CMC
Case No. C04-02462 JW

1   Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Mary Elizabeth Doherty ("Ms.
2   Doherty"), defendant STANDARD INSURANCE COMPANY ("Standard"), and third party
3   defendant SCHOOLPOP, INC. ("Schoolpop") hereby submit this Stipulation and [Proposed]
4   Order to Move the Hearing on Motion(s) for Summary Judgment and Further Case Management
5   Conference.
6       WHEREAS, the further case management conference and hearing on motion(s) for
7   summary judgment presently are set to occur on June 27th, 2005;
8       WHEREAS, Allen Grodsky, counsel for Schoolpop, and Katherine Ritchey, counsel for
9   Standard, are unable to attend a June 27th hearing;
10      WHEREAS, according to Calendar Clerk Ron Davis, Judge Ware's first available hearing
11  date after June 27th is July 25th.
12      WHEREAS, George Wailes, counsel for Ms. Doherty, is unable to attend a July 25th
13  hearing;
14      WHEREAS, according to Calendar Clerk Ron Davis, Judge Ware's next available hearing
15  date after July 25th is August 22nd;
16      WHEREAS, August 22nd is the first mutually available date for all parties to argue and the
17  Court to hear the motions for summary judgment.
18      NOW THEREFORE, for the reasons stated herein, and the Declaration of Jordan
19  Cunningham filed herewith, the parties stipulate and request the Court order as follows:
20  1. The Further Case Management Conference is continued until August 22, 2005 at 9:00 a.m.
21  2. The hearing on Summary Judgment is changed from June 27, 2005 to August 22, 2005 at 9:00
22     a.m.
23  3. The Oppositions to Motions for Summary Judgment will be filed on or before June 30th, 2005.
24  4. The Replies to Oppositions will be filed on or before July 18th, 2005.

SFI-525811v1

2

Stipulated Request To Move Summary
Judgment Hearing and CMC
Case No. C04-02462 JW

1     IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 3, 2005.

JONES DAY

By: _____
    Jordan Cunningham

COUNSEL FOR DEFENDANT STANDARD
INSURANCE COMPANY

Respectfully submitted,

Dated: June 3, 2005.

CARR, MCCLELLAN, INGERSOLL,
THOMPSON & HORN

By: _____
    W. George Wailes

COUNSEL FOR PLAINTIFF
MARY ELIZABETH DOHERTY

Respectfully submitted,

Dated: June 3, 2005.

GRODSKY & OLECKI

By: _____

COUNSEL FOR THIRD PARTY
DEFENDANT SCHOOLPOP, INC.

SFI-525811v1

3

Stipulated Request To Move Summary
Judgment Hearing and CMC
Case No. C04-02462 JW

06/03/2005  14:07    13103151557---0           GRODSKY & OLECKI LLP                    PAGE  03/03
Case 5:04-cv-02462-JW   Document 73   Filed 06/24/05   Page 4 of 4

1   IT IS SO STIPULATED.

2

3                                              Respectfully submitted,

    Dated: June 3, 2005.                       JONES DAY
4

5
                                               By:_____
6                                                  Jordan Cunningham

7                                              COUNSEL FOR DEFENDANT STANDARD
                                               INSURANCE COMPANY
8

9

10                                             Respectfully submitted,

11  Dated: June 3, 2005.
                                               CARR, MCCLELLAN, INGERSOLL,
                                               THOMPSON & HORN
12

13

                                               By:_____
14

15
                                               COUNSEL FOR PLAINTIFF
16                                             MARY ELIZABETH DOHERTY

17

18                                             Respectfully submitted,
    Dated: June 3, 2005.
19
                                               GRODSKY & OLECKI
20

21                                             By:_____
22                                                  Allen B. Grodsky

23                                             COUNSEL FOR THIRD PARTY
                                               DEFENDANT SCHOOLPOP, INC.
24

25

26

27

28

SFI-525811v1
                                                          Stipulated Request To Move Summary
                                                          Judgment Hearing and CMC
                                     3                    Case No. C04-02462 JW