<div style="text-align: left; font-style: italic;">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mary Elizabeth Doherty,<br><br>      Plaintiff,<br>  v.<br><br>Standard Insurance Company, et al.,<br><br>      Defendant(s). | NO. C 04-02462 JW<br><br>**ORDER VACATING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGEMENT AND CASE MANAGEMENT CONFERENCE** |

      On June 29, 2005, the Court was notified via a letter that the parties in the above entitled case had reached an agreement in principle to settle. Therefore, the hearing on Cross Motions for Summary Judgment presently scheduled on August 22, 2005 at 9 a.m. is vacated. Should the parties wish the Court to consider the motions in the future, the parties shall renotice the motions pursuant to the local rules of Court.

      The Court also vacates the presently scheduled case management conference on August 22, 2005. A new case management conference is set for **September 12, 2005 at 9 a.m.** to coincide with Plaintiff's Motion for Enforcement of the Settlement Agreement.

Dated: August 19, 2005
                                                              /s/ James Ware
                                                            JAMES WARE
                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen B. Grodsky Allen@Grodsky-Olecki.com
Jordan Cunningham jcunningham@jonesday.com
Katherine S. Ritchey ksritchey@jonesday.com
Lori A. Lutzker llutzker@cmith.com
Shawn Hanson shanson@jonesday.com
W. George Wailes gwailes@carr-mcclellan.com

Dated: August 19, 2005            Richard W. Wieking, Clerk

By:   /s/ JW Chambers
        **Ronald L. Davis**
        **Courtroom Deputy**

United States District Court
For the Northern District of California