| | |
|---|---|
| 1 | W. George Wailes, Esq. (Bar No. 100435) |
| 2 | Lori A. Lutzker, Esq. (Bar No. 124589)<br>CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| 3 | Professional Law Corporation<br>216 Park Road |
| 4 | P.O. Box 513<br>Burlingame, California 94011-0513 |
| 5 | Telephone:  (650) 342-9600<br>Facsimile:   (650) 342-7685 |
| 6 | Attorneys for Plaintiff |
| 7 | Mary Elizabeth Doherty |

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH DOHERTY, | No. C 04-02462 JW |
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| vs. | |
| STANDARD INSURANCE COMPANY, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

### STIPULATION

It is hereby stipulated and agreed by and between the parties to the above-entitled action through their respective counsel that the complaint, and only the complaint, of Mary Elizabeth Doherty be dismissed with prejudice in its entirety, each party to bear its own costs. This stipulation shall have no application whatsoever to any counter-claims filed by any party.

This Stipulation may be executed in any number of counterparts, all of such counterparts to be deemed one document.

1  Dated: August 4, 2005

2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation

3

4

5  By: _____
       W. George Wailes/Lori A. Lutzker
       Attorneys for Plaintiff
6      MARY ELIZABETH DOHERTY

7  Dated: August 9, 2005

8  GRODSKY & OLECKI, LLP

9

10 By: _____
       Allen B. Grodsky/Mary Gin
11     Attorneys for Defendant
       SCHOOLPOP, INC.
12

13 Dated: August 10, 2005

14 JONES DAY

15

16 By: _____
       Katherine Ritchey/Jordan Cunningham
17     Attorneys for Defendant
       STANDARD INSURANCE COMPANY

18

19                          ORDER

20 Pursuant to the foregoing stipulation of the parties, and for good cause shown,

21   IT IS ORDERED that the complaint, and only the complaint, of Mary Elizabeth Doherty

22 be, and hereby is, dismissed with prejudice in its entirety. This order shall have no application

23 whatsoever to any counter-claims filed by any party.

24 Dated: 8/23/05

25

26

27                    /s/ James Ware
                   THE HONORABLE JAMES WARE
                   JUDGE OF THE UNITED STATES DISTRICT COURT,
28                 NORTHERN DISTRICT OF CALIFORNIA

23944.00003\BGLIB1\1263794.1

Stipulation and Order re Dismissal

2