| | |
|---|---|
| 1 | JONES DAY |
| | SHAWN HANSON #109321 |
| 2 | KATHERINE S. RITCHEY #178409 |
| | JORDAN CUNNINGHAM #235174 |
| 3 | 555 California Street |
| | 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| 6 | Attorneys for Third Party Claimant |
| | STANDARD INSURANCE COMPANY |
| 7 | |
| | Grodsky & Olecki LLP |
| 8 | Allen B. Grodsky #111064 |
| | 2001 Wilshire Blvd., Suite 210 |
| 9 | Santa Monica, CA 90403 |
| | Telephone: (310) 315-3009 |
| 10 | Facsimile: (310) 315-1557 |
| 11 | Attorneys for Third Party Defendant |
| | SCHOOLPOP, INC. |

APPROVED
Judge James Ware

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| MARY ELIZABETH DOHERTY, | ) | CASE NO. C 04 02462 JW |
| | ) | |
| Plaintiff, | ) | **THIRD-PARTY CLAIMANT** |
| vs. | ) | **STANDARD INSURANCE** |
| | ) | **COMPANY AND THIRD-PARTY** |
| STANDARD INSURANCE COMPANY, et al. | ) | **DEFENDANT SCHOOLPOP,** |
| | ) | **INC.'S JOINT CASE** |
| Defendants. | ) | **MANAGEMENT STATEMENT** |
| | ) | **AND [PROPOSED] ORDER** |
| | ) | |
| | ) | **Date: September 12, 2005** |
| STANDARD INSURANCE COMPANY, an Oregon corporation, | ) | |
| | ) | |
| Third Party Claimant, | ) | |
| vs. | ) | |
| SCHOOLPOP, INC., a Delaware corporation, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

SFI-528832v2

1

Standard's and Schoolpop's Joint CMC Stmt
and Proposed Order
C 04 02462 JW

1   Pursuant to Civil Local Rule 16-10(d), Defendant and Third-Party Claimant Standard
2   Insurance Company ("Standard") and Third-Party Defendant Schoolpop, Inc. ("Schoolpop")
3   hereby submit this Joint Case Management Statement and Proposed Order in connection with the
4   Case Management Conference currently scheduled for September 12, 2005.
5   Plaintiff Mary Elizabeth Doherty dismissed all claims against all Defendants on August
6   15, 2005, leaving only Standard's third party complaint against Schoolpop in this action. By letter
7   dated July 25, 2005, Schoolpop advised Standard that, in light of recent developments implicating
8   the financial viability of the company, "Moving forward with [Standard's] claims against
9   Schoolpop is just going to cost Standard money that it is unlikely ever to recover." *See*
10  Attachment A. Schoolpop referred Standard to a recent 8K filing of its parent Loyaltypoint, Inc.
11  *See* Attachment B. Loyaltypoint's 8K filing indicated that in light of the departure of several
12  officers and directors, it was considering strategic alternatives including "the sale of all or
13  substantially all of its assets." *Id.* After consultation between Standard and Schoolpop, the
14  parties request that the Court continue the Case Management Conference for six months in order
15  to allow time for the parties to understand possible options with more certainty, including whether
16  Loyaltypoint (1) is able to sell assets such that prosecution of the third party complaint would be
17  economically feasible, or (2) files for bankruptcy.
18  Standard believes it has meritorious claim, and seeks to preserve all rights in the event of
19  bankruptcy or other disposition. At this point, however, the parties agree that active litigation is
20  in neither party's interest, and likely will result in a waste of resources by the parties and the
21  Court.
22  / / /
23  / / /
24  / / /

SFI-528832v2

Standard's and Schoolpop's Joint CMC Stmt
and Proposed Order
C 04 02462 JW

2

| | | |
|---|---|---|
| 1 | Dated: September 2, 2005. | Respectfully submitted, |
| 2 | | JONES DAY |

By:     /s/
       Katherine S. Ritchey
       Jordan Cunningham

COUNSEL FOR THIRD-PARTY CLAIMANT STANDARD INSURANCE COMPANY

Dated: September 2, 2005.      GRODSKY & OLECKI

By:     /s/
       Allen Grodsky

COUNSEL FOR THIRD-PARTY DEFENDANT SCHOOLPOP, INC.

Having reviewed the Joint Case Management Statement of Standard and Schoolpop, at the request of the parties and in the interest of judicial efficiency, the Court ORDERS as follows:

(1) The Case Management Conference is continued until February 27, 2006;

(2) In the event that Schoolpop and/or its parent sell a material portion of their assets and/or file for bankruptcy, Schoolpop shall advise the Court within 10 days so that the parties can timely reevaluate the status of this case.

IT IS SO ORDERED.

September 6, 2005.

/s/ James Ware
United States District Judge