**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Standard Insurance Company, | NO. C 04-02462 JW |
|     Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |
| v. | |
| Schoolpop, Inc., | |
|     Defendant(s). | |

On September 13, 2005, defendant Schoolpop, Inc. filed a Notice advising the Court that it had filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Georgia. In light of defendant's bankruptcy, the case management conference scheduled for February 27, 2006 is vacated. Further, Plaintiff Standard Insurance Company is ordered to show cause, in writing, why the case should not be dismissed in light of the bankruptcy filing. Plaintiff's response must be filed and served no later than February 27, 2006. If Plaintiff fails to file a response by February 27, 2006, the Court will dismiss the case automatically for failure to prosecute pursuant to Rule 41, Fed.R.Civ.P.

Dated: February 13, 2006             /s/James Ware
                                                    JAMES WARE
                                                    United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Allen B. Grodsky Allen@Grodsky-Olecki.com
Jordan Cunningham jcunningham@jonesday.com
3  Katherine S. Ritchey ksritchey@jonesday.com
Lori A. Lutzker llutzker@cmith.com
4  Shawn Hanson shanson@jonesday.com
W. George Wailes gwailes@carr-mcclellan.com

6  **Dated: February 14, 2006**                    **Richard W. Wieking, Clerk**

                                                   **By:  /s/JW Chambers**
8                                                       **Melissa Peralta**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California