| | |
|---|---|
| 1 | JONES DAY |
| | SHAWN HANSON #109321 |
| 2 | KATHERINE S. RITCHEY #178409 |
| | JORDAN CUNNINGHAM #235174 |
| 3 | 555 California Street |
| | 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| 6 | shanson@jonesday.com |
| | ksritchey@jonesday.com |
| 7 | jcunningham@jonesday.com |
| 8 | Attorneys for Defendant and Third Party Claimant |
| | STANDARD INSURANCE COMPANY |

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARY ELIZABETH DOHERTY, | CASE NO. C 04 02462 JW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY CLAIM** |
| vs. | |
| STANDARD INSURANCE COMPANY, et al. | **ORDER OF DISMISSAL OF THIRD PARTY CLAIM** |
| Defendants. | |
| | |
| STANDARD INSURANCE COMPANY, an Oregon corporation, | |
| Third Party Claimant, | |
| vs. | |
| SCHOOLPOP, INC., a Delaware corporation, | |
| Third Party Defendant. | |

SFI-538135v1

1

Stipulation of Dismissal Without Prejudice of 3rd Party Compl.--C 04 02462 JW

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1) Third Party Claimant Standard Insurance Company ("Standard") and Third Party Defendant Schoolpop, Inc. ("Schoolpop") hereby stipulate to the dismissal without prejudice of Standard's claims against Schoolpop. Standard and Schoolpop shall each be responsible for their own fees and costs incurred with respect to the Third Party Complaint. |

SO STIPULATED.

Dated: February 23, 2006.

JONES DAY

By: /s/ Katherine S. Ritchey

COUNSEL FOR THIRD-PARTY
CLAIMANT STANDARD INSURANCE
COMPANY

Dated: February __, 2006.

GRODSKY & OLECKI LLP

By /s/ Allen B. Grodsky

COUNSEL FOR THIRD-PARTY
CLAIMANT SCHOOLPOP, INC.

IT IS SO ORDERED PURSUANT TO STIPULATION.
The Clerk shall terminate Third Party Claimant Schoolpop, Inc. from the docket and close this file.

Dated: September 28, 2007

/s/ James Ware
JAMES WARE
United States District Judge

SFI-538135v1

2

Stipulation of Dismissal Without Prejudice
of 3rd Party Compl.--C 04 02462 JW